**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-4433**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

JOHN DAVID MOONEY,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (CR-02-231)

---

Submitted:  October 22, 2003          Decided:  March 22, 2004

---

Before WILKINSON, NIEMEYER, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

W. Michael Frazier, FRAZIER & OXLEY, L.C., Huntington, West Virginia, for Appellant. Kasey Warner, United States Attorney, Miller A. Bushong III, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John David Mooney pled guilty to possession of a firearm by a convicted felon in violation of 18 U.S.C. §§ 922(g), 924(a)(2) (2000). On appeal, he alleges that the district court erred by denying his motion to withdraw his guilty plea. We do not find that the district court abused its discretion in denying Mooney's motion to withdraw. United States v. Ubakanma, 215 F.3d 421, 424 (4th Cir. 2000). Thus, we affirm. We also deny Mooney's motion to stay case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED